**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**JESSICA GUERRERO, individually, and on behalf of all others similarly situated,**

**Plaintiff(s),**

**Case No. 2:25cv360**

**SENTARA HEALTH**

**Defendant,**

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Defendants' Motion to Dismiss, Dkt. No. 8, is GRANTED, and this civil action is DISMISSED WITHOUT PREJUDICE.

DATED: September 23, 2026

LAURA GRIFFIN , Clerk

By:__/s/____
V.Pearson, Deputy Clerk